# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SANDRA STASHER**                                                                                                  **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 3:21-cv-00099-HTW-LGI**

**CITY OF JACKSON,**
**MISSISSIPPI, et al.**                                                                                           **DEFENDANTS**

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OUT OF TIME

Before the Court is *Defendants' Motion for Leave to File Defendants' Motion for Summary Judgment Out of Time* [30] filed on March 18, 2022, and Plaintiff's request for limited scope supplemental discovery. Regarding *Defendants' Motion for Leave to File Defendants' Motion for Summary Judgment Out of Time* [30], Plaintiff filed a *Response in Opposition* [32] on March 27, 2022, and Defendants filed a *Reply* [34] on March 29, 2022. Plaintiff's request for a telephonic discovery conference seeking limited scope supplemental discovery was submitted to the Court via email on March 10, 2022. Defendants responded on March 16, 2022, and the Court granted Plaintiff's request for a conference. The Court held a Telephonic Discovery Conference with the parties on March 29, 2022. The Court, having considered the submissions, the record, and relevant law, finds that the Defendants' Motion [30] shall be GRANTED and Plaintiff's request for limited scope supplemental discovery shall be GRANTED.

Plaintiff served her First Notice of Service of Interrogatories on October 5, 2021. *See* [19]. Defendants submitted their Notice of Service of Responses on November 16, 2021. *See* [22]. The discovery deadline expired on November 18, 2021, and the motions deadline expired on December 2, 2021. The parties did not contact the Court prior to the expiration of the discovery and motions deadlines. After hearing arguments from the parties during the Telephonic Discovery Conference

on March 29, 2022, the Court finds good cause to allow additional time for: (1) Defendants to supplement their responses to Plaintiff's interrogatory requests; and (2) Defendants to file its Motion for Summary Judgment.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' Motion for Leave to File Defendants' Motion for Summary Judgment Out of Time [30] is GRANTED.

IT IS FURTHER ORDERED that Defendants shall supplement its responses to Plaintiff's interrogatory requests within thirty (30) days, on or before May 16, 2022. It is further ordered that Defendants shall file its Motion for Summary Judgement within fifteen (15) days thereafter, on or before May, 30, 2022.

SO ORDERED this the 14th day of April, 2022.

                                                 /s/ LaKeysha Greer Isaac
                                             UNITED STATES MAGISTRATE JUDGE