THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SANDRA STASHER**                                                                                          **PLAINTIFF**

vs.                                                                     **CIVIL ACTION No.: 3:21-cv-99-HTW-LGI**

**CITY OF JACKSON, MISSISSIPPI, and
CHIEF JAMES DAVIS, Individually and
In his Official Capacity**                                                                          **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having announced to the court that a settlement has been reached in this matter, and the court being desirous that this case be finally closed on its active docket,

ORDERS that this case is hereby dismissed, without prejudice, as to all parties. The parties shall submit a Final Agreed Judgment within thirty (30) days of this Order.

If any party fails to consummate this settlement within THIRTY (30) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorneys' fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 13th day of January, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE